[NOT SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ANGE SAMMA, *et al.*, <br><br> Plaintiff-Appellees, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants-Appellants, | No. 20-5320 |

## STATEMENT OF POTENTIAL ISSUES TO BE RAISED

Potential issues on appeal include:

1. Whether the Department of Defense has statutory authority to promulgate time-in-service requirements for certifying honorable service for purposes of 8 U.S.C. § 1440, which provides an expedited path to naturalization for certain noncitizens who have served honorably in the armed forces.

2. Whether the time-in-service regulation promulgated by the Department of Defense in October 2017 complies with the Administrative Procedure Act's requirements of reasoned decisionmaking.

Respectfully submitted,

SHARON SWINGLE
 /s/ Sean Janda
SEAN JANDA
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

NOVEMBER 2020