[NOT SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ANGE SAMMA, *et al.*, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants-Appellants, | No. 20-5320 |

## STATUS REPORT

On June 30, 2021, this Court placed this appeal in abeyance and postponed briefing deadlines, directing that status reports be filed at 60-day intervals. The government has since filed reports at those intervals, with the most recent report filed on December 22, 2023, and now files its next report.

As was explained in the government's abeyance motion, on June 17, 2021, the Department of Defense promulgated guidance rescinding the portions of the policy challenged by plaintiffs in this case pending the Department's review of the relevant issue. Since the filing of the government's last status report, the Department has continued to carefully review the time-

in-service requirements that are at issue in this appeal. As explained in the government's last status report, the Department has made significant progress on that review and has completed coordination of the proposed policy, including with the military departments and relevant Under Secretaries. Following that coordination, the Department continues to focus its efforts on incorporating recommendations received and completing the proposed policy.

Therefore, the government respectfully requests that the appeal remain in abeyance. The government will file another status report no later than 60 days after the filing of this report, or within 7 days of the promulgation of updated guidance, whichever is sooner.

Respectfully submitted,

SHARON SWINGLE
 s/ Sean Janda
SEAN JANDA
*Attorneys, Appellate Staff*
*Civil Division, Room 7260*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-3388*
*sean.r.janda@usdoj.gov*

APRIL 2024